■ In the Matter of ST. ANN'S HOME FOR THE AGED et al., Respondents-Appellants, v RICHARD F. DAINES, M.D., Commissioner of Health, State of New York, Appellant-Respondent. [893

NYS2d 799]—Motion to correct memorandum and for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Carni and Green, JJ.